# IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA



FILED

SEP 22 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____ ,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR 21-256 |
| -vs- | ) | |
| | ) | |
| MAURICE TUDOR BOWENS, | ) | **Violations:** 21 U.S.C. § 841(a)(1) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |

## I N D I C T M E N T

The Federal Grand Jury charges:

## COUNT 1
### (Possession of Methamphetamine with the Intent to Distribute)

On or about August 26, 2021, in the Western District of Oklahoma,

-------------------------------- **MAURICE TUDOR BOWENS** --------------------------------

knowingly and intentionally possessed with intent to distribute a quantity of a mixture or

substance containing a detectable amount of methamphetamine, its salts, isomers, or salts

of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for

which is found at Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
### (Possession of a Firearm in Furtherance of a Drug-Trafficking Crime)

On or about August 26, 2021, in the Western District of Oklahoma,

-------------------------------- **MAURICE TUDOR BOWENS** --------------------------------

knowingly possessed a firearm, to wit: a Smith & Wesson, model SW9VE, 9mm Luger pistol, bearing serial number PBV4094, in furtherance of a drug-trafficking crime for which he may be prosecuted in a court of the United States, that is, possession of methamphetamine with the intent to distribute, as charged in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1)(A), the penalty for which is found at Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
### (Felon in Possession of a Firearm)

On or about August 26, 2021, in the Western District of Oklahoma,

-------------------------------- **MAURICE TUDOR BOWENS,** --------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith & Wesson, model SW9VE, 9mm Luger pistol, bearing serial number PBV4094, which was in and affecting interstate commerce in that the firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

2

## **FORFEITURE**

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense set forth in Count 1 of this Indictment, **MAURICE TUDOR BOWENS** shall forfeit to the United States any property constituting or derived from any proceeds obtained directly or indirectly as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense.

Upon conviction of any of the offenses set forth in Counts 2 or 3 of this Indictment, **MAURICE TUDOR BOWENS** shall forfeit to the United States any firearms and ammunition involved in the commission of such offense(s).

The property subject to forfeiture includes, but is not limited to:

1.   a Smith & Wesson, model SW9VE, 9mm Luger pistol, bearing serial number PBV4094; and

2.   any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

MATTHEW P. ANDERSON
Assistant United States Attorney

4